UST-31, 7-91

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DETRICK, JASON LOWRY | ) | Case No. 08-03385TUC JMM |
| DETRICK, KELSEY NICOLE | ) | |
| aka, CAMERON, KELSEY NICOLE | ) | PETITION TO PAY ADDITIONAL |
| | ) | DIVIDEND IN AMOUNT LESS THAN |
| Debtor(s) | ) | $5.00 TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

Gayle E. Mills, Trustee, reports that the following <u>additional</u> dividends in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such <u>additional</u> dividends not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 1 | Recovery Management Systems<br>Assignee of Verizon Wireless<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131 | $ 1.68 |
| 8 | NY State Gas & Electric<br>PO Box 5240<br>Binghampton, NY 13902-5240 | 3.92 |
| | TOTAL= | $ 5.60 |

February 18, 2010  /s/ Gayle E. Mills
Date  Gayle E. Mills, Trustee